

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

July 28, 2020

*Via ECF*

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Lisandry Joaquin Ortiz, 20 Cr. 287 (JPO)

Dear Judge Oetken:

    I am CJA counsel to Lisandry Joaquin Ortiz. I write, with no objection from the government or pre-trial services, to modify Mr. Ortiz's bail conditions to include travel to and from Connecticut.

    Mr. Ortiz is currently on pre-trial release, residing in Rhode Island. Mr. Ortiz has been offered employment at Frito-Lay, Inc. in Dayville, Connecticut, approximately 20 miles from his home.

    Accordingly, we respectfully request that the Court modify Mr. Ortiz's current bail conditions to include the District of Connecticut. As noted, neither the government nor pre-trial services has any objection to this request.

    I thank the Court for its attention to this matter.

Granted.
So ordered.
  July 28, 2020

Very truly yours,

/s/

Dawn M. Cardi

J. PAUL OETKEN
United States District Judge

il)
(via E-mail)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com