

March 9, 2021

<u>*Via ECF*</u>

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Lisandry Joaquin Ortiz</u>, 20 Cr. 287 (JPO)

Dear Judge Oetken:

      I am CJA counsel to Lisandry Joaquin Ortiz. I write, with no objection from the government or pre-trial services, to modify Mr. Ortiz's bail conditions to remove the GPS electronic bracelet.

      Mr. Ortiz has been on pre-trial release since February 2020. His pre-trial services officer Clara King reports he is doing "very well" and that there have been no issues.

      Accordingly, we respectfully request that the Court modify Mr. Ortiz's current bail conditions to remove his GPS bracelet. As noted, neither the government nor pre-trial services has any objection to this request.

      I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

> Granted.
> So ordered: 3/16/2021

cc:    AUSA Kedar Bhatia (via ECF)
       Pre-Trial Services Officer Clara King (via E-mail)

_____
J. PAUL OETKEN
United States District Judge