

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

October 25, 2021

*Via ECF*

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re: United States v. Lisandry Joaquin Ortiz, 20 Cr. 287 (JPO)

Dear Judge Oetken:

    I am CJA counsel to Lisandry Joaquin Ortiz. On October 7, 2021, the Court signed a Nolle Prosequi for Mr. Ortiz. I write, with no objection from the government, to respectfully request that the Court endorse this letter directing Pretrial Services to return to Mr. Ortiz's passport.

    I thank the Court for its attention to this matter.

> Granted.
> Pretrial Services is hereby directed to release custody of defendant's passport.
>   So ordered.
>   October 26, 2021

Very truly yours,

/s/

Dawn M. Cardi

_____
J. PAUL OETKEN
United States District Judge

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com